

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE OF ORDER ON MOTION

Cause number:         01-12-00672-CV

Style:              Safeco Surety and C. A. Walker Construction Company

                     **v** J.P. Southwest Concrete, Inc.

Date motion filed[*]:     February 14, 2013

Type of motion:      Appellant's Unopposed Motion to Carry Forward Admitted Trial Exhibits and/or Supplement Reporter's Record

Party filing motion:    Appellant

Document to be filed:

If motion to extend time:

        Deadline to file document:

        Number of previous extensions granted:

        Length of extension sought:

Ordered that motion is:

      ☐      Granted
            If document is to be filed, document due:

            ☐   The Clerk is instructed to file the document as of the date of this order
            ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐      Denied

      ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

Appellant's motion is GRANTED in part. The parties are directed to provide the court reporter with copies of the trial exhibits that the parties agree are part of the record in this appeal and to request that the court reporter prepare, certify, and file a supplemental reporter's record containing the agreed items. *See* TEX. R. APP. P. 34.(d).

Judge's signature: /s/ Rebeca Huddle
                  ☑ Acting individually    ☐ Acting for the Court

                  Panel consists of _____.

Date: February 15, 2013